PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
GERALYN GULSETH, CSBN 160872
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Blvd.
    Baltimore, Maryland 21235
    Telephone: (510) 970-4819
    Facsimile: (415) 744-0134
    E-Mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ERIKA WINKLE, | Case No. 2:22-cv-01828-KJN |
| Plaintiff, | STIPULATION & ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a new hearing, further develop the record as necessary, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

LAW OFFICES OF HALEY & FRAULOB

Dated: February 23, 2023

By: /s/ *Joseph Fraulob
JOSEPH FRAULOB
Attorney for Plaintiff
[*As authorized by e-mail on February 23, 2023]

Dated: February 27, 2023

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By: /s/ Geralyn Gulseth
GERALYN GULSETH
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  February 27, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

wink.1828

Stipulation; Remand Order
2: 22-cv-1828-KJN